# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHNNY DELVIS-MORELOS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　Respondent. | Case No. C13-1035-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Johnny Delvis-Morelos ("petitioner") is proceeding pro se. By letter dated June 17, 2013, petitioner was granted thirty (30) days to either pay the $5.00 filing fee, or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. No. 3.) Petitioner was advised that failure to respond to the letter by July 17, 2013, could result in dismissal of the case. *Id*. To date, petitioner has neither paid the filing fee nor submitted a completed application for IFP status. Accordingly, the Court recommends that this action be dismissed without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

Any objections to this Recommendation must be filed no later than **August 22, 2013**. The matter will be ready for the Court's consideration on **August 23, 2013**. Objections shall not

///

REPORT AND RECOMMENDATION - 1

1 | exceed twelve (12) pages.  The failure to timely object may affect the right to appeal.

2 |        DATED this 1st day of August, 2013.

 

                                         /s/ *signature*
                               BRIAN A. TSUCHIDA
                               United States Magistrate Judge

REPORT AND RECOMMENDATION - 2