# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHNNY DELVIS-MORELOS,<br><br>               Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>               Respondent. | Case No. C13-1035-RAJ<br><br>**ORDER OF DISMISSAL** |

The court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. The court notes that Petitioner has neither objected to the Report and Recommendation nor paid his filing fee. The court therefore orders as follows:

1. The court adopts the Report and Recommendation. Dkt. # 4.

2. The court DISMISSES this action without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.

3. The Clerk shall send a copy of this Order to Petitioner and to Judge Tsuchida.

DATED this 29th day of August, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1